IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02467-RPM

DANA KNUDSEN,

    Plaintiff,

v.

WOODWARD, INC.,

    Defendant.

_____

### ORDER DISMISSING THIRD CLAIM FOR RELIEF
_____

    Upon considering the defendant's partial motion to dismiss, plaintiff's response and the defendant's reply, it is

    ORDERED that the third claim for relief in the complaint is dismissed under Fed.R.Civ.P. 12(b)(6) and the remainder of the defendant's motion to dismiss is disregarded because it addresses a claim not pleaded.

    DATED: December 28th, 2012.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge