IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02467-RPM

DANA KNUDSEN,

    Plaintiff,

v.

WOODWARD, INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion to Amend Complaint [13] filed today, it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

    Dated: March 12th, 2013

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge