IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No.  12-cv-02467-RPM

DANA KNUDSEN,

    Plaintiff,

v.

WOODWARD, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [26], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    Dated:   July 23rd, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge